IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 20-99-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMEL AKEEM SCOTT, | |
| Defendant. | |

This matter comes before the Court on the Defendant's Motion for Temporary Release to Attend Aunt's Memorial Service and Reception (Doc. 16). For the reasons stated below, Defendant's Motion is **DENIED**.

First of all, the State of Montana and particularly Yellowstone County are reporting new COVID-19 cases everyday. The Yellowstone County Detention Facility ("YCDF") has very recently experienced an outbreak of COVID-19 in its inmate population. The Court finds it would put the Defendant and other inmates at unnecessary risk of contracting the COVID-19 virus if Defendant were allowed to leave YCDF for several hours, mingle with a group of people at a memorial service and reception, and then return to YCDF. Given the recent outbreak at

YCDF, Defendant's presence at the memorial service and reception also puts other attendees at risk of contracting the virus.

Secondly, Defendant has numerous state cases pending in the 13th Judicial District Court of Yellowstone County. He is awaiting sentencing on at least three felony charges in DC-19-601, DC 19-204, and DC 20-114. He has a third petition to revoke his supervision pending in DC 08-459. Defendant also has a new pending case, DC 20-912, wherein he is charged with Criminal Possession of Dangerous Drugs (Methamphetamine) with Intent to Distribute (Felony), Criminal Possession of Dangerous Drugs (Marijuana) (Misdemeanor) and Possession of Drug Paraphernalia (Misdemeanor). These numerous cases are in addition to this case, of course. The Court is informed by United States Probation Officer Darren Galerkin, who authored Defendant's Pretrial Services Report, that Defendant has a total bond of $100,000 on these state cases.

Finally, the Defendant has a lengthy criminal history dating back to age nineteen.

For these reasons, the Court finds the Defendant is a danger to the community and at risk to abscond. Therefore,

**IT IS HEREBY ORDERED** Defendant's Motion for Temporary Release to Attend Aunt's Memorial Service and Reception (Doc. 16) is **DENIED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 24th day of September, 2020.

SUSAN P. WATTERS
United States District Judge