IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMEL AKEEM SCOTT,<br><br>Defendant. | CR 20-99-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 22), and for good cause appearing,

IT IS HEREBY ORDERED that the indictment is **DISMISSED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that the trial presently set for February 16, 2021 is **VACATED**.

FURTHER, the United States Marshals Service shall return the defendant to the custody of the State of Montana.

1

The Clerk of Court is directed to notify the parties and the U.S. Marshals Service of the entry of this Order.

DATED this 12th day of January, 2021.

Susan P. Watters
SUSAN P. WATTERS
U.S. District Judge